## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Thor D. Perry,                        :
            Appellant          :
                                       :
        v.                        :          No. 1923 C.D. 2016
                                       :
Erie County, Warden James             :
Veshecco, Jason H. Worcester,         :
and Clifford J. Palmer                :

## **O R D E R**

NOW, October 23, 2017, having considered appellant's application for reargument and appellees Erie County and Warden James Veshecco's answer in response thereto, the application is denied.

 

                                             _____

                                             MARY HANNAH LEAVITT,
                                             President Judge